IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rosebear, Dennis L | Case Number: 06 B 13229 |
|---|---|---|
| | Rosebear, Judith E | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 10/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 22, 2008
Confirmed: February 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,714.00 | |
| Secured: | | 3,644.45 |
| Unsecured: | | 8,943.67 |
| Priority: | | 0.00 |
| Administrative: | | 2,234.00 |
| Trustee Fee: | | 891.88 |
| Other Funds: | | 0.00 |
| Totals: | 15,714.00 | 15,714.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,234.00 | 2,234.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 536.64 | 536.64 |
| 5. | Bank Of New York | Secured | 1,874.81 | 1,874.81 |
| 6. | CitiFinancial | Secured | 1,233.00 | 1,233.00 |
| 7. | General Motors Acceptance Corp | Unsecured | 1,406.69 | 2,702.41 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 83.08 | 159.63 |
| 9. | ECast Settlement Corp | Unsecured | 197.80 | 380.02 |
| 10. | Capital One | Unsecured | 46.79 | 89.91 |
| 11. | Capital One | Unsecured | 80.57 | 154.77 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 89.43 | 171.81 |
| 13. | US Bank | Unsecured | 168.54 | 323.78 |
| 14. | Portfolio Recovery Associates | Unsecured | 118.85 | 228.33 |
| 15. | Portfolio Recovery Associates | Unsecured | 373.61 | 717.79 |
| 16. | ECast Settlement Corp | Unsecured | 126.28 | 242.59 |
| 17. | ECast Settlement Corp | Unsecured | 828.87 | 1,592.37 |
| 18. | ECast Settlement Corp | Unsecured | 102.10 | 196.22 |
| 19. | Portfolio Recovery Associates | Unsecured | 167.46 | 321.74 |
| 20. | Portfolio Recovery Associates | Unsecured | 524.34 | 1,007.34 |
| 21. | ECast Settlement Corp | Unsecured | 340.91 | 654.96 |
| 22. | ABN AMRO | Secured | | No Claim Filed |
| 23. | Wells Fargo | Unsecured | | No Claim Filed |
| 24. | Comcast | Unsecured | | No Claim Filed |
| 25. | Citibank USA | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rosebear, Dennis L  
       Rosebear, Judith E  
       Printed: 10/29/08

Case Number: 06 B 13229  
Judge: Hollis, Pamela S  
Filed: 10/16/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Home Depot | Unsecured | | No Claim Filed |
| 28. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 29. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 30. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 31. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| | | | $ 10,533.77 | $ 14,822.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 85.96 |
| 5.4% | 486.48 |
| 6.5% | 319.44 |
| | $ 891.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

